THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, a Nevada Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HYPERION ENTERTAINMENT C.V.B.A.,<br><br>　　　　　　Defendant. | No. 2:18-cv-00535-JLR<br><br>STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES<br><br>**Note for Motion Calendar:**<br>**May 18, 2018** |

STIPULATED MOTION TO EXTEND INITIAL
SCHEDULING DATES
CASE No. 2:18-cv-00535

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

Plaintiff Cloanto Corporation ("Cloanto") and Defendant Hyperion Entertainment C.V.B.A. ("Hyperion"), pursuant to LCR 7(d)(1) and LCR 10(g), jointly move the Court for an Order extending, by approximately four weeks, the Initial Scheduling Dates set forth in the Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Doc. 23). Proposed new dates are set forth below.

Cloanto and Hyperion jointly advise the Court that good cause exists to grant the requested extension. Counsel for both parties, some of whom are located on the East Coast, will be in Seattle the week of May 21 for the Annual Meeting of the International Trademark Association (INTA), and have made plans for a face-to-face meeting to discuss potential resolution of the dispute.

Cloanto and Hyperion further advise the Court that their counsel have met and conferred as provided by LCR 42(b) regarding the possible severance or consolidation of claims brought by Hyperion in Civil Action No. 2:18-cv-00381-RSM, *Hyperion Entertainment C.V.B.A v. Itec, LLC; Amiga, Inc.; Amino Devel. Corp. and Cloanto Corporation*, filed March 13, 2018. Extension of case deadlines in this matter will facilitate further conference with the defendants who have not yet appeared in that action.

Thus, for the reasons set forth above, Hyperion and Cloanto move that the Court extend the Initial Scheduling Dates in this matter as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 6/14/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 6/28/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) And Local Civil Rule 26(f) | 7/6/2018 |

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES - 1
CASE No. 2:18-cv-00535

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

Respectfully submitted this __18th__ day of May, 2018.

By: s/ Robert J. Carlson
Robert J. Carlson, WSBA 18455
Rhett V. Barney, WSBA 44764
Lee & Hayes, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email:    Bob@leehayes.com
Email:    RhettB@leehayes.com

Attorneys for Defendant Hyperion Entertainment C.V.B.A.

By:   s/ Michael G. Atkins

Michael G. Atkins, WSBA 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Telephone: (206) 628-0983
Email:    mike@atkinsip.com

Attorneys for Plaintiff Cloanto Corporation

**SO ORDERED:**

DATED this 21st day of May, 2018.

_(signature)_

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES - 2
CASE No. 2:18-cv-00535

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of May, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record for the Parties in the above-captioned matter.

s/ Robert J. Carlson
Robert J. Carlson, WSBA 18455

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES - 3
CASE No. 2:18-cv-00535

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax