THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HYPERION ENTERTAINMENT C.V.B.A.,<br><br>Defendants. | No. 2:18-cv-00535-JLR<br><br>STIPULATED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>June 12, 2018 |

Plaintiff Cloanto Corporation and Defendant Hyperion Entertainment C.V.B.A., pursuant to LCR 7(d)(1) and LCR 10(g), jointly move the Court for its Order that Defendant's time to answer, move for dismissal (on grounds not including service of process), or otherwise respond to the Complaint in this action shall be extended to July 6, 2018, to allow for further settlement discussions between the parties.

///

///

STIPULATED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 1
CASE No. 2:18-cv-00535-JLR

LEE & HAYES, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001 Fax: (509) 323-8979

Respectfully submitted this 12th day of June, 2018.

By: s/ Michael G. Atkins
―――――――――――――――――――

Michael G. Atkins, WSBA 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Telephone: (206) 628-0983
Email:    mike@atkinsip.com

Gordon E R Troy, *pro hac vice*
Gordon E. R. Troy, PC
5203 Shelburne Road
P.O Box 1180
Shelburne, VT 05482
Telephone: (802) 881-0640
Email: gtroy@webtm.com

*Attorneys for Plaintiff*
*Cloanto Corporation*


By: s/ Robert J. Carlson
―――――――――――――――――――

Robert J. Carlson, WSBA 18455
Lee & Hayes, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email:    Bob@leehayes.com

Rhett V. Barney, WSBA 44764
Sarah E. Elsden, WSBA 51158
Lee & Hayes, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email:    RhettB@leehayes.com
Email:    Sarah.Elsden@leehayes.com

*Attorneys for Defendant*
*Hyperion Entertainment C.V.B.A.*

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 2
CASE No. 2:18-cv-00535-JLR

LEE & HAYES, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001 Fax: (509) 323-8979

## ORDER

**SO ORDERED:**

DATED this 12th day of June, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 3
CASE No. 2:18-cv-00535-JLR

LEE & HAYES, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001 Fax: (509) 323-8979

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June 2018, I caused to have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

gtroy@webtm.com

mike@atkinsip.com

By: s/ Robert J. Carlson

Robert J. Carlson, WSBA 18455
Lee & Hayes, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email:   Bob@leehayes.com

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 4
CASE No. 2:18-cv-00535-JLR

LEE & HAYES, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001 Fax: (509) 323-8979